Jason A. Geller (CA SBN 168149)
jgeller@fisherphillips.com
Juan C. Araneda (CA SBN 213041)
jaraneda@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA  94111
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO COURTHOUSE

| | |
|---|---|
| TISHIA ATWOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART STORES, INCS. AND DOES 1-20, inclusive,<br><br>    Defendants. | Case No.:<br><br>[*Removed from Merced County Superior Court, Case No. 20CV-01603*]<br><br>**DECLARATION OF JUAN C. ARANEDA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441 and 1446 (DIVERSITY JURISDICTION)**<br><br><br>Complaint Filed:  May 28, 2020<br>Trial Date:  None |

I, Juan C. Araneda, declare as follows:

1. I am one of the attorneys representing Defendant Walmart Inc.,[1] in the above-captioned matter. I am duly licensed to practice law in the State of California and before the United States District Court for the Eastern District of California. I have personal knowledge of

---

[1] Wal-Mart Stores, Inc., changed its name to Walmart Inc., effective February 1, 2018.

1
DECLARATION OF JUAN C. ARANEDA IN SUPPORT OF NOTICE OF REMOVAL
FP 38056134.1

1  the facts stated in this declaration and, if called as a witness, could competently testify to these
2  facts.

3       2.     Attached hereto as <u>Exhibit A</u> is a true and correct copy of a printout of the
4  California Secretary of State's online records, which includes an Amended Statement by Foreign
5  Corporation filed with the Secretary of State on December 14, 2017, evidencing that Wal-Mart
6  Stores, Inc.'s name change to Walmart Inc., became effective February 1, 2018.

7       3.     Attached hereto as <u>Exhibit B</u> is a true and correct copy of a printout of the
8  California Secretary of State's online records, which is a Statement of Information filed with the
9  Secretary of State on January 25, 2020, evidencing that Walmart Inc., is a Delaware corporation,
10 with its principal place of business at 708 S.W. 8th Street, Bentonville, Arkansas 72716.
11 Undersigned counsel is informed and believes, and Exhibit B reflects, that at the time the
12 Complaint in this action was filed and at the time of the filing of the instant notice of removal,
13 the principal executive offices and corporate headquarters for Walmart Inc., were and are located
14 in Bentonville, Arkansas and that the management of its operations and finances is performed in
15 Arkansas.

16      4.     Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Service of Process
17 Transmittal from CT Corporation to Kim Lundy of Walmart, Inc., in Bentonville, Arkansas,
18 notifying that the Summons and Complaint herein was served upon Walmart Inc.'s agent for
19 service of process in California, CT Corporation, on June 9, 2020.

20     I declare under penalty of perjury under the laws of the State of California and the United
21 States of America that the foregoing is true and correct. Executed on July 7, 2020, at San
22 Francisco, California.

_____
Juan C. Araneda

# EXHIBIT A

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, June 21, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1634374   WALMART INC.

| | |
|---|---|
| **Registration Date:** | 02/03/1989 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 708 SW 8TH STREET<br>BENTONVILLE AR 72716 |
| **Entity Mailing Address:** | 708 SW 8TH STREET<br>BENTONVILLE AR 72716 |

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 01/25/2020 | |
| PUBLICLY TRADED DISCLOSURE | 07/05/2019 | |
| SI-COMPLETE | 01/26/2019 | |
| PUBLICLY TRADED DISCLOSURE | 07/03/2018 | |
| AMENDED REGISTRATION | 12/14/2017 | |
| PUBLICLY TRADED DISCLOSURE | 07/03/2017 | |
| PUBLICLY TRADED DISCLOSURE | 08/17/2016 | |

| Document Type ↕ | File Date ↓ | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 07/16/2015 | |
| PUBLICLY TRADED DISCLOSURE | 07/01/2013 | |
| PUBLICLY TRADED DISCLOSURE | 07/02/2012 | |
| PUBLICLY TRADED DISCLOSURE | 06/28/2011 | |
| PUBLICLY TRADED DISCLOSURE | 06/30/2010 | |
| PUBLICLY TRADED DISCLOSURE | 09/04/2009 | |
| PUBLICLY TRADED DISCLOSURE | 06/30/2008 | |
| PUBLICLY TRADED DISCLOSURE | 06/07/2007 | |
| PUBLICLY TRADED DISCLOSURE | 07/24/2006 | |
| PUBLICLY TRADED DISCLOSURE | 06/29/2005 | |
| PUBLICLY TRADED DISCLOSURE | 06/01/2004 | |
| PUBLICLY TRADED DISCLOSURE | 12/09/2003 | Image unavailable. Please request paper copy. |
| REGISTRATION | 02/03/1989 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**    **New Search**    **Back to Search Results**

A0806579



**Secretary of State**

**Amended Statement by Foreign Corporation**

(Name Change ONLY)

ASDC

FILED
Secretary of State
State of California
DEC 14 2017
/GS

**IMPORTANT** — Read Instructions before completing this form.

**Additional Requirements:**

- **Certificate Showing the Name Change:** If the legal name of the foreign corporation has changed in the state, foreign country or place of formation, this form **must be submitted** with a current certificate issued by the government agency where the foreign corporation was formed that certifies the change of name and includes both the old and new corporate name. (California Corporations Code section 2107.) **Note:** A certified copy of the name change amendment does not meet California statutory requirements.

- **Certificate of Name Approval (Insurers ONLY):** If the foreign corporation is subject to the Insurance Code as an insurer, this form also **must be submitted** with a Certificate of Name Approval issued by the California Insurance Commissioner. (California Corporations Code section 2106.5.)

**Filing Fee – $30.00**

**Copy Fees –** First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

EFFECTIVE DATE
FEB 1 2018

IPC  This Space For Office Use Only

**1. Corporate Name** (Enter the exact name of the foreign corporation as it is recorded with the California Secretary of State.)

Wal-Mart Stores, Inc.

**2. New Corporate Name** (Enter the new name of the foreign corporation. Note: The certificate from the government agency where the corporation was formed, as noted in the "Additional Requirements" section above, is not required if legal corporate name has not changed and you are merely filing this form to delete or change a "doing business as" name.)

Walmart Inc.

**3. Jurisdiction** (Enter the state, foreign country or place where this corporation is formed – must match the jurisdiction on the records of the California Secretary of State.)

**4. 7-Digit Secretary of State File Number**

| Delaware | C1634374 |

**5. Read and Sign Below** (See instructions. Office or title not required. Do not use a computer generated signature.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

_Gordon Y. Allison_ (signature)
Signature

Gordon Y. Allison
Type or Print Name

ASDC (REV 05/2017)

CA050 - 08/23/2017 C T Filing Manager Online

2017 California Secretary of State
www.sos.ca.gov/business/be

Name change from Wal-Mart Stores, Inc. to Walmart Inc. effective February 1, 2018

# Delaware

## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "WAL-MART STORES, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "WALMART INC." ON THE FIFTH DAY OF DECEMBER, A.D. 2017, AT 7 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE FIRST DAY OF FEBRUARY, A.D. 2018 AT 12:05 O'CLOCK A.M.



Jeffrey W. Bullock, Secretary of State

732109  8320
SR# 20177579229

Authentication: 203761565
Date: 12-14-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

# EXHIBIT B



# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE

6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE

8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE

9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE

SI-350 (REV 01/2013) | APPROVED BY SECRETARY OF STATE

# EXHIBIT C

**CT Corporation**

Service of Process Transmittal
06/09/2020
CT Log Number 537766274

| | |
|---|---|
| **TO:** | KIM LUNDY SERVICE OF PROCESS<br>WALMART INC.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in California** |
| **FOR:** | Wal-Mart Stores, Inc.  (Former Name)  (Domestic State: DE)<br>WALMART INC.  (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Tishia ATWOOD, Pltf. vs. WALMART stores, INCS., et al., Dfts.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20CV01603 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/09/2020 at 12:22 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/09/2020, Expected Purge Date: 06/14/2020<br><br>Image SOP<br><br>Email Notification,  KIM LUNDY SERVICE OF PROCESS  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / BK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.