Jason A. Geller (CA SBN 168149)
jgeller@fisherphillips.com
Juan C. Araneda (CA SBN 213041)
jaraneda@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA  94111
Telephone: (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO COURTHOUSE

| | |
|---|---|
| TISHIA ATWOOD,<br><br>                   Plaintiff,<br><br>     vs.<br><br>WALMART STORES, INCS. AND DOES 1-20, inclusive,<br><br>                   Defendants. | Case No.:<br><br>[*Removed from Merced County Superior Court, Case No. 20CV-01603*]<br><br>**DEFENDANTS WALMART INC.'S DISCLOSURE STATEMENT**<br><br>**[Fed. Rules Civ. Proc. R. 7.1]**<br><br>Complaint Filed: May 28, 2020<br>Trial Date:  None |

Pursuant to Federal Rule of Civil Procedure Rule 7.1, the undersigned, counsel of record for Defendant Walmart Inc., [1] certify that the following listed party (or parties) may have an interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

   1.   Tishia Atwood, Plaintiff; and

   2.   Walmart Inc., Defendant.

---

[1] Wal-Mart Stores, Inc., changed its name to Walmart, Inc., effective February 1, 2018.

1
DEFENDANT WALMART INC.'S DISCLOSURE STATEMENT
FP 38056126.1

1    Defendant Walmart, Inc., further certifies that it is a publicly-traded company, that it has
2    no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

4    DATED:  July 7, 2020                    FISHER & PHILLIPS LLP

                                            By: */s/ Juan C. Araneda*
                                                Jason A. Geller
                                                Juan C. Araneda
                                                Attorneys for Defendant
                                                WALMART INC.