1  Jason A. Geller (CA SBN 168149)
   jgeller@fisherphillips.com
2  Juan C. Araneda (CA SBN 213041)
   jaraneda@fisherphillips.com
3  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2050
4  San Francisco, CA  94111
   Telephone: (415) 490-9000
5  Facsimile:  (415) 490-9001

6  Attorneys for Defendant
   WALMART INC.

7

8

9

10                      UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12                              FRESNO COURTHOUSE

13

| | |
|---|---|
| TISHIA ATWOOD,<br><br>            Plaintiff,<br><br>    vs.<br><br><br>WALMART STORES, INCS. AND DOES 1-20, inclusive,<br><br>            Defendants. | Case No.:<br><br>[*Removed from Merced County Superior Court, Case No. 20CV-01603*]<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Complaint Filed:  May 28, 2020<br>Trial Date:  None |

---

1
CERTIFICATE OF SERVICE

FP 38153871.1

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is One Embarcadero Center, Suite 2050, San Francisco, California 94111-3712.

On July 7, 2020 I served the foregoing documents entitled:

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441 and 1446 (DIVERSITY JURISDICTION)**

**DECLARATION OF JUAN C. ARANEDA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441 and 1446 (DIVERSITY JURISDICTION)**

**DEFENDANTS WALMART INC.'S DISCLOSURE STATEMENT [Fed. Rules Civ. Proc. R. 7.1]**

on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Fletcher B. Brown, Esq.
Fletcher B. Brown Law Firm
2831 Telegraph Ave.
Oakland, CA 94609

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Walnut Creek, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FAX]** - I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). *The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a*

*transmission record of the transmission, a copy of which is attached to this declaration and/or no error was reported by the machine*.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Nationwide Legal, LLC, 859 Harrison Street, Suite A, San Francisco, CA 94107.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 7, 2020 at Walnut Creek, California.

Lisa Hamann        By: _____
   Print Name                       Signature